UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 08-14014-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

REX PALMER ALEXANDER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation Pursuant to Order of the District Court Dated February 24, 2010, **(D.E.#244).** The Report and Recommendations issued by United States Magistrate Judge Peter R. Palermo, on May 19, 2010 **(D.E.#246)** recommends to this Court, that CJA Voucher #FLS 08-1747 be Granted and that Mr. Wallace be awarded the sum of $21,159.11 as fair and final compensation for his work in this case. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Peter R. Palermo's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __9__ day of June, 2010.

                                          JOSE E. MARTINEZ
                                          UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Peter R. Palermo
Arthur L. Wallace III, Esq
Lucy Lara, CJA Administrator