UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-14014-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA

    Plaintiff,

vs.

REX PALMER ALEXANDER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 1 AND 2 AS SET FORTH IN THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon a Report and Recommendation on Defendant's Admissions to Violation Numbers 1 and 2 as Set Forth in the Petition Alleging Violations of Supervised Release.

**THE MATTER** was heard by United States Magistrate Judge Shaniek M. Maynard, on July 20, 2017. A Report and Recommendation was filed on July 21, 2017 [ECF No. 279], recommending that this Court find that the Defendant has violated the conditions of his supervised release in respect to Violation Numbers 1 and 2 inclusive, as set forth in the Petition. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 279] on Defendant's final hearing to the Violation as set forth in the Petition Alleging Violation of Supervised Release of the United States Magistrate Judge Shaniek M. Maynard, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation numbers 1 and 2 as set forth in the Petition for Warrant for Offender Under Supervision.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14 day of August, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Maynard
All Counsel Of Record
U.S. Probation Office