UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14014-CR-MARTINEZ/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REX PALMER ALEXANDER,

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION NUMBER 1 AS SET FORTH IN THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come before the Court for a hearing on October 28, 2019 in respect to the pending Petition for Warrant for Offender under Supervision [D.E. 319] ("Petition"), and this Court having convened a hearing, now recommends to the District Court as follows:

1. The Defendant appeared before this Court on October 28, 2019 for a hearing in respect to the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about April 15, 2019, the defendant verbally admitted to using methamphetamine on or about April 12, 2019. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about April 15, 2019, the defendant verbally admitted to using Adderall. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about April 15, 2019, the defendant verbally admitted to using Xanax. |

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Number 1 as set forth in the Petition. The government announced that it agreed to seek dismissal of the remaining violations in the Petition at sentencing. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. The Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. Counsel for the government provided a factual basis for Violation Number 1. Defendant agreed that the government could prove these facts against him were a hearing to be held in this matter. This Court finds that the facts set forth in the government's proffer establish a sufficient basis to support Defendant's admission to Violation Number 1.

4. The possible maximum penalties faced by the Defendant were read into the record by the government, and Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admission to Violation Number 1 of the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Number 1, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Jose E. Martinez, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 20th day of November, 2019.

*[signature: Shaniek Maynard]*
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE