UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-14014-CR-MARTINEZ

UNITED STATES OF AMERICA

     Plaintiff,

vs.

REX PALMER ALEXANDER,

     Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon a Report and Recommendation on Defendant's Admission to Violation Number 1 as set forth in the Petition Alleging Violations of Supervised Release.

**THE MATTER** was heard by United States Magistrate Judge Shaniek M. Maynard, on October 28, 2019. A Report and Recommendation was filed on November 20, 2019 [ECF No. 333], recommending that this Court find the Defendant guilty of violation number 1 of the Petition for Warrant for Offender Under Supervision as set forth in the Petition. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 333] on Defendant's final hearing to the violations as set forth in the Petition alleging Violations of Supervised Release of the United States Magistrate Judge Shaniek M. Maynard, is hereby **Adopted and Approved** in its entirety.

The Court finds that the Defendant has violated the terms and conditions of his supervision and adjudicates him guilty in respect to violation number 1 as set forth in the Petition for Warrant for Offender Under Supervision. The government agreed to seek dismissal of the remaining violations in the Petition at sentencing.

**DONE** AND **ORDERED** in Chambers at Miami, Florida, this ⎍ day of December, 2019.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Maynard
All Counsel of Record
U.S. Probation Office